09/25/2017 8:39 AM FAX 2017910350                        0002/0003

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

ALPHONSE DE SIMONE, ESQ.
195 HIGHWAY 46, SUITE 6
TOTOWA, NEW JERSEY 07512
TEL 862-702-3510
ATTORNEYS FOR DEBTOR
Alphonse De Simone, Esq. #4467

In Re:

DAVID GHALIAH AND AIDA GHALIAH,

        Debtors

CHAPTER 7 PROCEEDING

Order Filed on September 28, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.: 17-26384-JKS
Adv. No.:

Hearing Date:

Judge: HON. JOHN K. SHERWOOD

**CONSENT ORDER EXTENDING DEADLINE FOR INTERIM TRUSTEE AND OFFICE OF THE U.S. TRUSTEE TO FILE A COMPLAINT OBJECTING TO DISCHARGE OF THE DEBTORS TO DECEMBER 31, 2017**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED:** September 28, 2017

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page #2

Debtor, David Ghaliah and Aida Ghaliah, Debtors
Case # 17-26384- JKS

**CONSENT ORDER EXTENDING DEADLINE FOR INTERIM TRUSTEE AND OFFICE OF THE U.S. TRUSTEE TO FILE A COMPLAINT OBJECTING TO DISCHARGE OF THE DEBTORS TO DECEMBER 31, 2017**

It appearing that debtor through counsel has consented to the within order, it is hereby,

ORDERED that the time within which the interim trustee and the office of the U.S. Trustee may object to debtors' discharge be and is hereby extended to December 31, 2017.

We hereby consent to the form
and entry of the within Order.

_____
Barbara A. Edwards
Interim Trustee

_____
Alphonse De Simone, Esq.
Attorney for the Debtors