09/25/2017 8:39 AM FAX 2017910350 　　　　　　　　　　　　　　　　　　　　☒ 0002/0003

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

ALPHONSE DE SIMONE, ESQ.
195 HIGHWAY 46, SUITE 6
TOTOWA, NEW JERSEY 07512
TEL 862-702-3510
ATTORNEYS FOR DEBTOR
Alphonse De Simone, Esq. #4467

CHAPTER 7 PROCEEDING

Order Filed on September 28,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

DAVID GHALIAH AND AIDA GHALIAH,

　　　　　　　DebtorS

Case No.: 17-26384-JKS
Adv. No.:

Hearing Date:

Judge: HON. JOHN K. SHERWOOD

## CONSENT ORDER EXTENDING DEADLINE FOR INTERIM TRUSTEE AND OFFICE OF THE U.S. TRUSTEE TO FILE A COMPLAINT OBJECTING TO DISCHARGE OF THE DEBTORS TO DECEMBER 31, 2017

The relief set forth on the following pages, numbered two (2) through two (2)   is hereby **ORDERED**.

**DATED: September 28, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page #2

Debtor, David Ghaliah and Aida Ghaliah, Debtors
Case # 17-26384- JKS

**CONSENT ORDER EXTENDING DEADLINE FOR INTERIM TRUSTEE AND OFFICE OF THE U.S. TRUSTEE TO FILE A COMPLAINT OBJECTING TO DISCHARGE OF THE DEBTORS TO DECEMBER 31, 2017**

It appearing that debtor through counsel has consented to the within order, it is hereby,

ORDERED that the time within which the interim trustee and the office of the U.S. Trustee may object to debtors' discharge be and is hereby extended to December 31, 2017.

We hereby consent to the form
and entry of the within Order.

_____
Barbara A. Edwards
Interim Trustee

_____
Alphonse De Simone, Esq.
Attorney for the Debtors

United States Bankruptcy Court
District of New Jersey

In re:  
David I Ghaliah  
Aida Ghaliah  
    Debtors

Case No. 17-26384-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 28, 2017  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2017.  
db/jdb       +David I Ghaliah,    Aida Ghaliah,    16 Vernon Avenue,    Clifton, NJ 07011-1819

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2017 at the address(es) listed below:

         Alphonse   DeSimone    on behalf of Joint Debtor Aida   Ghaliah AlphonseD@comcast.net, r46452@notify.bestcase.com  
         Alphonse   DeSimone    on behalf of Debtor David I Ghaliah AlphonseD@comcast.net, r46452@notify.bestcase.com  
         Barbara    Edwards     bedwardstrustee@aol.com, NJ48@ecfcbis.com  
         Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee for the Banc of America Funding Corporation 2006-8T2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                    TOTAL: 5