UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: David I. Ghaliah and Alda Ghaliah, Debtor(s).

Case No.: 17-26384-JKS
Chapter: 7
Judge: Sherwood

### NOTICE OF PROPOSED ABANDONMENT

__Barbara A. Edwards__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk, US Bankruptcy Court, DNJ
PO Box 1352
Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __1/9/2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: Real property located at 16 Vernon Avenue, Clifton, NJ. Fair Market Value: $245,000.00

Liens on property: Subject to mortgage held by Bank of America in the approximate amount of $532,900.13.

Amount of equity claimed as exempt: -0-

Objections must be served on, and requests for additional information directed to:

Name: /s/ Barbara A. Edwards, Interim Trustee
Address: Muscarella Bochet, PC, 10-04 River Rd., Fair Lawn, NJ 07410
Telephone No.: 201-796-3100

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-26384-JKS
David I Ghaliah                                                         Chapter 7
Aida Ghaliah
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Dec 06, 2017
                              Form ID: pdf905          Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2017.
```
db/jdb         +David I Ghaliah,    Aida Ghaliah,    16 Vernon Avenue,    Clifton, NJ 07011-1819
516999443      +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516999444      +Arriva Card,    3525 E Post Rd,    Las Vegas, NV 89120-6214
516999445      +Associated Retinal Consultants,    1700 Galloping Hill Road,    Kenilworth, NJ 07033-1303
516999446      +Bank of America,    c/o Buckley Madole,    99 Wood Avenue South,    Suite 803,
                 Iselin, NJ 08830-2713
516999447      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
516999449      +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
516999448      +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
516999450      +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
516999451      +Chase Card Services,    PO Box 15153,    Wilmington, DE 19886-5153
516999452      +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516999453      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516999454      +Client Services,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
516999455      +Comenity Bank/Mandees,    Po Box 182125,    Columbus, OH 43218-2125
516999456      +Comenity Capital Bank/HSN,    Po Box 182125,    Columbus, OH 43218-2125
516999457      +Comenitycapital/virgam,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
516999463      +Kazimierz Szczech, MD,    1033 Clifton Avenue,    Clifton, NJ 07013-3517
516999465      +Lyons Doughty & Velduis,    136 Gaither Drive,    Suite 100,    Mount Laurel, NJ 08054-2239
516999467      +New Jersey Imaging Network,    1339 Broad Street,    Clifton, NJ 07013-4219
517029014      +Oleg Fomitchev,    350 Blvd.,    Passaic, NJ 07055-2840
516999468      +Premier Endoscopy Center,    164 Brighton Road,    Clifton, NJ 07012-1499
516999469      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516999470      +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
516999471      +Sears,    PO box 183082,    Columbus, OH 43218-3082
516999472      +Sears,    PO Box 183081,    Columbus, OH 43218-3081
516999473      +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
516999474      +St. Mary's Hospital,    350 Boulevard,    Passaic, NJ 07055-2840
516999480      +USAA Federal Savings Bank,    Attn: Bankruptcy,    9800 Fredericksburg Rd,
                 San Antonio, TX 78288-0002
516999479      +Usaa Federal Savings Bank,    10750 Mcdermott Freeway,    San Antonio, TX 78288-1600
516999482       Usaa Svg Bk,    Po Box 47504,    San Antonio, TX 78265
516999481      +Usaa Svg Bk,    Attn: Bankruptcy,    10750 Mcdermott Freeway,    San Antonio, TX 78288-1600
516999483      +Verizon,    Po Box 650584,    Dallas, TX 75265-0584
516999484      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 06 2017 22:59:47      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 06 2017 22:59:43      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2017 23:03:16
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
516999458      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 06 2017 23:03:08      Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
516999459      +E-mail/Text: mrdiscen@discover.com Dec 06 2017 22:58:55      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
516999460      +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2017 23:03:16      GE Money Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
516999462      +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2017 23:03:00      JC Penny,    PO Box 960090,
                 Orlando, FL 32896-0090
516999461      +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2017 23:03:16      Jc Penney,    P.O. Box 981131,
                 El Paso, TX 79998-1131
516999464      +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 06 2017 22:58:59      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
516999466      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 06 2017 22:59:42      Midland Funding, LLC,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
516999475      +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2017 23:03:16      Syncb/Ashley Homestore,
                 Po Box 965064,    Orlando, FL 32896-5064
516999476      +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2017 23:03:34      Syncb/Toys R Us,    Po Box 965064,
                 Orlando, FL 32896-5064
517000206      +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2017 23:03:16      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516999477      +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2017 23:03:16      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516999478      +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2017 23:03:00      Synchrony Bank/PC Richard,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                               TOTAL: 15
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Dec 06, 2017
                              Form ID: pdf905          Total Noticed: 48
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS *****

NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2017 at the address(es) listed below:

```
            Alphonse    DeSimone     on behalf of Joint Debtor Aida   Ghaliah AlphonseD@comcast.net,
             r46452@notify.bestcase.com
            Alphonse    DeSimone     on behalf of Debtor David I Ghaliah AlphonseD@comcast.net,
             r46452@notify.bestcase.com
            Barbara    Edwards     on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
             NJ48@ecfcbis.com
            Barbara    Edwards    bedwardstrustee@aol.com,   NJ48@ecfcbis.com
            Denise E.   Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for the
             Banc of America Funding Corporation 2006-8T2 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```