Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17–26384–JKS
Chapter:  7
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David I Ghaliah                          Aida Ghaliah
aka Aida Ghalia                          16 Vernon Avenue
16 Vernon Avenue                         Clifton, NJ 07011
Clifton, NJ 07011

Social Security No.:
  xxx–xx–9852                            xxx–xx–5203

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Barbara Edwards is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 10, 2018</u>          <u>John K. Sherwood</u>
                                        Judge, United States Bankruptcy Court