**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **David I Ghaliah**<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–9852<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Aida Ghaliah**<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–5203<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   17–26384–JKS

## Order of Discharge                                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David I Ghaliah                                                                 Aida Ghaliah
aka Aida Ghalia

1/10/18                                                      **By the court:**   John K. Sherwood
                                                                                            United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
David I Ghaliah  
Aida Ghaliah  
     Debtors

Case No. 17-26384-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Jan 10, 2018  
                        Form ID: 318     Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2018.

```
db/jdb         +David I Ghaliah,    Aida Ghaliah,    16 Vernon Avenue,    Clifton, NJ 07011-1819
516999444      +Arriva Card,    3525 E Post Rd,    Las Vegas, NV 89120-6214
516999445      +Associated Retinal Consultants,    1700 Galloping Hill Road,    Kenilworth, NJ 07033-1303
516999446      +Bank of America,    c/o Buckley Madole,    99 Wood Avenue South,    Suite 803,
                 Iselin, NJ 08830-2713
516999452      +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516999453      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516999454      +Client Services,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
516999463      +Kazimierz Szczech, MD,    1033 Clifton Avenue,    Clifton, NJ 07013-3517
516999465      +Lyons Doughty & Velduis,    136 Gaither Drive,    Suite 100,    Mount Laurel, NJ 08054-2239
516999467      +New Jersey Imaging Network,    1339 Broad Street,    Clifton, NJ 07013-4219
517029014      +Oleg Fomitchev,    350 Blvd.,    Passaic, NJ 07055-2840
516999468      +Premier Endoscopy Center,    164 Brighton Road,    Clifton, NJ 07012-1499
516999469      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516999470      +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
516999474      +St. Mary's Hospital,    350 Boulevard,    Passaic, NJ 07055-2840
516999483      +Verizon,    Po Box 650584,    Dallas, TX 75265-0584
516999484      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 10 2018 23:25:34      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 10 2018 23:25:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Jan 10 2018 23:03:00      Synchrony Bank, c/o PRA Recievables Management, LL,
                 POB 41021,    Norfolk, VA 23541-1021
516999443      +EDI: AMEREXPR.COM Jan 10 2018 23:03:00      Amex,    Correspondence,    Po Box 981540,
                 El Paso, TX 79998-1540
516999447      +EDI: TSYS2.COM Jan 10 2018 23:03:00      Barclays Bank Delaware,    100 S West St,
                 Wilmington, DE 19801-5015
516999449      +EDI: CAPITALONE.COM Jan 10 2018 23:03:00      Capital One,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516999448      +EDI: CAPITALONE.COM Jan 10 2018 23:03:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
516999450      +EDI: CHASE.COM Jan 10 2018 23:03:00      Chase Card,    Attn: Correspondence Dept,    Po Box 15298,
                 Wilmington, DE 19850-5298
516999451      +EDI: CHASE.COM Jan 10 2018 23:03:00      Chase Card Services,    PO Box 15153,
                 Wilmington, DE 19886-5153
516999455      +EDI: WFNNB.COM Jan 10 2018 23:03:00      Comenity Bank/Mandees,    Po Box 182125,
                 Columbus, OH 43218-2125
516999456      +EDI: WFNNB.COM Jan 10 2018 23:03:00      Comenity Capital Bank/HSN,    Po Box 182125,
                 Columbus, OH 43218-2125
516999457      +EDI: WFNNB.COM Jan 10 2018 23:03:00      Comenitycapital/virgam,    Comenity Bank,
                 Po Box 182125,    Columbus, OH 43218-2125
516999458      +EDI: RCSFNBMARIN Jan 10 2018 23:03:00      Credit One Bank Na,    Po Box 98873,
                 Las Vegas, NV 89193-8873
516999459      +EDI: DISCOVER.COM Jan 10 2018 23:03:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
516999460      +EDI: RMSC.COM Jan 10 2018 23:03:00      GE Money Bank,    PO Box 960061,    Orlando, FL 32896-0061
516999462      +EDI: RMSC.COM Jan 10 2018 23:03:00      JC Penny,    PO Box 960090,    Orlando, FL 32896-0090
516999461      +EDI: RMSC.COM Jan 10 2018 23:03:00      Jc Penney,    P.O. Box 981131,    El Paso, TX 79998-1131
516999464      +EDI: CBSKOHLS.COM Jan 10 2018 23:03:00      Kohls/Capital One,    Kohls Credit,    Po Box 3043,
                 Milwaukee, WI 53201-3043
516999466      +EDI: MID8.COM Jan 10 2018 23:03:00      Midland Funding, LLC,    8875 Aero Drive, Suite 200,
                 San Diego, CA 92123-2255
516999472      +EDI: SEARS.COM Jan 10 2018 23:03:00      Sears,    PO Box 183081,    Columbus, OH 43218-3081
516999471      +EDI: SEARS.COM Jan 10 2018 23:03:00      Sears,    PO box 183082,    Columbus, OH 43218-3082
516999473      +EDI: SEARS.COM Jan 10 2018 23:03:00      Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
516999475      +EDI: RMSC.COM Jan 10 2018 23:03:00      Syncb/Ashley Homestore,    Po Box 965064,
                 Orlando, FL 32896-5064
516999476      +EDI: RMSC.COM Jan 10 2018 23:03:00      Syncb/Toys R Us,    Po Box 965064,
                 Orlando, FL 32896-5064
517000206      +EDI: RMSC.COM Jan 10 2018 23:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516999477      +EDI: RMSC.COM Jan 10 2018 23:03:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
516999478      +EDI: RMSC.COM Jan 10 2018 23:03:00      Synchrony Bank/PC Richard,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
516999480      +EDI: USAA.COM Jan 10 2018 23:03:00      USAA Federal Savings Bank,    Attn: Bankruptcy,
                 9800 Fredericksburg Rd,    San Antonio, TX 78288-0002
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jan 10, 2018
                              Form ID: 318             Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516999479     +EDI: USAA.COM Jan 10 2018 23:03:00    Usaa Federal Savings Bank,   10750 Mcdermott Freeway,
                San Antonio, TX 78288-1600
516999482      EDI: USAA.COM Jan 10 2018 23:03:00    Usaa Svg Bk,   Po Box 47504,   San Antonio, TX 78265
516999481     +EDI: USAA.COM Jan 10 2018 23:03:00    Usaa Svg Bk,   Attn: Bankruptcy,
                10750 Mcdermott Freeway,   San Antonio, TX 78288-1600
                                                                                              TOTAL: 31
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2018 at the address(es) listed below:
```
              Alphonse  DeSimone    on behalf of Joint Debtor Aida  Ghaliah AlphonseD@comcast.net,
               r46452@notify.bestcase.com
              Alphonse  DeSimone    on behalf of Debtor David I Ghaliah AlphonseD@comcast.net,
               r46452@notify.bestcase.com
              Barbara   Edwards     on behalf of Trustee Barbara  Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara   Edwards     bedwardstrustee@aol.com,   NJ48@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee for the
               Banc of America Funding Corporation 2006-8T2 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```